# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00466-CV

**In re Robert Isreal**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and prohibition is denied.  *See* Tex. R. App. P. 52.8(a).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Filed:   July 31, 2015